## MALVEZZI et al. v. UNITED STATES.

(Circuit Court of Appeals, Sixth Circuit. December 12, 1924.)

No. 4168.

Criminal law ☞755½—Comments on evidence in the charge must be impartial and judicial.

Any comments by the court in its charge on the facts or evidence must be on the whole impartial, dispassionate, and judicial, and not argumentative.

In Error to the District Court of the United States for the Western District of Tennessee; J. W. Ross, Judge.

Criminal prosecution by the United States against Joe Malvezzi and Angelo Malvezzi. Judgment of conviction, and defendants bring error. Reversed and remanded.

Jere Horne and Charles M. Bryan, both of Memphis, Tenn. (Thos. J. Walsh, Ernest S. Bell, Chas. M. Bryan, Prewitt Semmes, and Arthur G. Brode, all of Memphis, Tenn., on the brief), for plaintiffs in error.

W. H. Fisher, Asst. U. S. Atty., of Memphis, Tenn. (S. E. Murray, U. S. Atty., and A. A. Hornsby, Asst. U. S. Atty., both of Memphis, Tenn., on the brief), for the United States.

Before DENISON, MACK, and DONAHUE, Circuit Judges.

PER CURIAM. 1. In our judgment, the second count, by its reference to and incorporation of the allegations of the first count, fully charges the crime of which defendants were convicted, viz. that of receiving goods stolen while being transported in interstate commerce, with knowledge that they had been stolen.

2. This case was tried before the announcement of our opinions in the Wallace Case, 291 F. 972, the Parker Case, 2 F.(2d) 710, and the Kolp Case, 2 F.(2d) 953, decided December 1, 1924. For that reason alone we refrain from commenting upon the charge of the court, other than to say that in vital matters it went beyond the limits indicated in those cases.

Reversed and remanded.